**Order filed November 20, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00932-CV
_____

**EFIGENIA P. BONILLA, Appellant**

**V.**

**WELLS FARGO BANK, N.A., Appellee**

---

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1019844**

---

## O R D E R

The notice of appeal in this case was filed October 5, 2012. The clerk's record was filed November 7, 2012. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **, December 5, 2012.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM